In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-12-00244-CV

_____


IN RE COMMITMENT OF WILLIAM CYRUS SCOTT

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 11-10-10849 CV

ORDER

The appeal of William Cyrus Scott was submitted for opinion without oral argument on December 2, 2013. The second issue in the appellant's brief includes an argument that the trial court erred in refusing to allow the appellant's trial counsel to make an offer of proof as to testimony of Dr. Michael Arambula excluded from trial. After reviewing the briefs of the appellant and the appellee, the Court has determined that the trial court's failure to permit the appellant to make an offer of proof has prevented the proper presentation of the case to the Court of Appeals. *See* Tex. R. App. P. 44.4(a). Because the error is remediable, we

1

must remand the case to the trial court so that the appellant may make an offer of proof. *See* Tex. R. App. P. 44.4(b); *see also Spence v. State*, 758 S.W.2d 597, 599-600 (Tex. Crim. App. 1988).

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for the appellant to make an offer of proof regarding the testimony of Dr. Michael Arambula regarding whether the records show the appellant may have sexually molested his step-sons. A supplemental record of the offer of proof shall be filed with the Court of Appeals on or before February 10, 2014.

ORDER ENTERED January 9, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

2